**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
THEODORE W. SCHWEERS,

                Plaintiff,                        19 **CIVIL** 6189 (RWL)

        -v-                                      **JUDGMENT**

NANCY A. BERRYHILL, ACTING:
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated September 14, 2020, pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff's motion is granted, the Commissioner's motion is denied, and the case is remanded for further consideration by the Commissioner consistent with this Court's decision.

**Dated:**  New York, New York
            September 15, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                            **Clerk of Court**
                                              **BY:**
                                                            _____
                                                            **Deputy Clerk**